Filed Under Seal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

CERTAIN PERSONS

MAGISTRATE NO. 09-M- 1902-File
+ 1903x

FILED
NOV 20 2009

## ORDER

AND NOW, this 20 day of November, 2009 upon application of the United States Attorney that the complaints, warrants, and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaints, warrants (arrest and seizure), and affidavits (in support of arrest and seizure warrants), and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrants to the United States Marshals Service, and that the government's representatives be allowed to provide copies to the Republic of Slovakia, representatives of Interpol, and/or other parties incident to securing the extradition of any defendants. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Nancy Beam Winter and Stephen A. Miller, Assistant United States Attorneys.

IT IS FURTHER ORDERED THAT the complaints, warrants (arrest and seizure), and affidavits (in support of arrest and seizure warrants), and corresponding docket entries, shall be unimpounded immediately upon notification by the United States Attorney, or his representative, that the defendants have been arrested or upon further order of the Court.

BY THE COURT:

_____
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                                     MAGISTRATE NO. 09-M- 1902
                                                                              +
CERTAIN PERSONS                                                              1903

## MOTION TO IMPOUND COMPLAINTS, WARRANTS, AND AFFIDAVITS

The United States of America, by and through its attorneys, Michael L. Levy, United States Attorney in and for the Eastern District of Pennsylvania, and Nancy Beam Winter and Stephen A. Miller, Assistant United States Attorneys for that District, move that the complaints, warrants (arrest and seizure), and affidavits (in support of arrest and seizure warrants), and corresponding docket entries in the within criminal proceeding be impounded, and, in support thereof, alleges that if the existence and content of these documents are made public prior to the arrest of the defendants there is the risk that the safety of victim/witnesses may be jeopardized, that the ongoing investigation may be compromised, and that the defendants will flee, thereby hindering the execution of the arrest warrants.

WHEREFORE, the government respectfully requests that this Court enter an order directing that the complaints, warrants (arrest and seizure), and affidavits (in support of arrest and seizure warrants), and corresponding docket entries, in the above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except for two certified copies of the warrants to be provided to the United States Marshals Service, and that the government's representatives be allowed to provide copies to the Republic of Slovakia,

representatives of Interpol, and/or other parties incident to securing the extradition of any defendants. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to, Assistant United States Attorneys Nancy Beam Winter and Stephen A. Miller, until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested.

        Respectfully submitted,

        MICHAEL L. LEVY
        United States Attorney


        Nancy Beam Winter/Stephen A. Miller
        Assistant United States Attorneys